UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61250-CIV-SMITH

ANDERA LONG, *et al.*,

    Plaintiffs,

v.

NATIONAL PLAN ADVISORS, INC.,

    Defendant.

_____/

## ORDER REGARDING NOTICE OF SETTLEMENT

THIS CAUSE is before the Court on the Defendant's Notice of Settlement [DE 47] filed on September 20, 2019 in this Fair Labor Standards Act case. Defendant stated that the parties reached a tentative settlement and needed an additional ten days as of the time of filing the Notice of Settlement to finalize settlement documents and file the appropriate papers with the Court. To date, no such documents have been filed with the Court. Accordingly, it is

**ORDERED** that

1) No later than **October 31, 2019**, the parties shall file the appropriate documents regarding the disposition of this matter for the Court's consideration.

2) All pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3) This case is administratively **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 23rd day of October 2019.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE