UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:19-cv-61250-AOV (Valle)

ANDERA LONG, JERMARIO
GORDON, on behalf of themselves
and all others similarly situated,

    Plaintiffs,

v.

NATIONAL PLAN ADVISORS, INC.,
a/k/a AMERICAN HEALTH REFORM
SOLUTIONS, LLC, a/k/a SYNERGY
MARKETING ASSOCIATES, INC.,
a/k/a FLORIDA PLAN ADVISORS, INC.,

    Defendant.
_____/

**JOINT MOTION TO REVIEW AND APPROVE FLSA SETTLEMENT AND DISMISS ACTION WITH PREJUDICE AND INCORPORATED MEMORANDUM OF LAW**

    Plaintiffs and Defendant, by and through their respective undersigned counsel, hereby jointly move the Court to review and approve their settlement and dismiss this action with prejudice, as follows:

1. Plaintiffs' complaint alleges that Defendant violated the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* ("FLSA"), by failing to pay her alleged unpaid overtime compensation. Defendant vigorously denies any wrongdoing under the FLSA, and further denies that Plaintiffs are entitled to any relief whatsoever. The parties agree that there is a bona fide, good faith dispute as to both liability and damages regarding Plaintiffs' claims.

2. To avoid the costs and uncertainty of further litigation, the parties have negotiated a settlement of this matter. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d

1350 (11th Cir. 1982), claims for back wages arising under the FLSA may be settled or compromised with the approval of the district court (or under the supervision of the U.S. Department of Labor). The parties request that the Court review and approve their settlement and dismiss this action with prejudice. The parties further request that the Court reserve jurisdiction to enforce the terms of the settlement, should such enforcement be necessary.

3. All parties are represented by counsel in this action, and all parties and their respective counsel agree and stipulate that the settlement represents a fair, reasonable, good faith and arms-length settlement of Plaintiffs' claims.

4. As a result, Plaintiffs and Defendant have agreed to a resolution of all claims in this matter.

5. The parties represent that as a result of this Settlement Agreement, Plaintiffs will receive payment on November 15, 2019, for alleged unpaid overtime as designated in this Settlement Agreement. Defendant is also paying Plaintiffs' attorneys' fees and costs (as negotiated by the parties) as stated in the Settlement Agreement. Plaintiffs' represent and Defendant agrees that the fees and costs reflected in the Settlement Agreement are reasonable.

6. The parties stipulate that they had a bona fide dispute and that they are resolving the matter in order to avoid the cost and time of litigating the issues, as well as the risks associated with continued litigation. All parties have been represented by counsel throughout the litigation. Additionally, Plaintiffs' claims involve disputed issues.

7. The Parties agreed to the terms of the settlement after they were counseled by their respective attorneys.

8. Counsel for both Parties represent that the settlement entered into by the Parties was an

arms-length compromise and there was no collusion with regard to the settlement of this matter.

9. Counsel for the Parties also represent that the continuation of this litigation would necessitate further expense necessitating additional expenditures of costs and attorneys' fees.

10. Counsel for both parties agree that, in their respective opinions, the settlement is fair and reasonable under the circumstances.

11. To avoid the costs and uncertainty of further litigation, the parties have negotiated a settlement of this matter.  Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), claims for back wages arising under the FLSA may be settled or compromised with the approval of the district court (or under the supervision of the U.S. Department of Labor).  The parties request that the Court review and approve their settlement and dismiss this action with prejudice.  The parties further request that the Court reserve jurisdiction to enforce the terms of the settlement, should such enforcement be necessary.

12. All parties are represented by counsel in this action, and all parties and their respective counsel agree and stipulate that the settlement represents a fair, reasonable, good faith and arms-length compromise of Plaintiffs' claims.

WHEREFORE, Plaintiffs and Defendant jointly request that the Court enter an order (a) approving the parties' settlement; (b) dismissing this action with prejudice; and (c) reserving jurisdiction to enforce the terms of the settlement, should such enforcement be necessary.  A proposed order is provided herewith.

Respectfully submitted this 5th day of November, 2019.

| | |
|---|---|
| *s/ Michael G. Green* | *s/ Daniel R. Levine* |
| Michael G. Green II, Esq. | Daniel R. Levine, Esq. |
| Florida Bar No. 60859 | Florida Bar No. 0057861 |
| E-mail:   mgreen@mggreenlaw.com | E-Mail: drl@pbl-law.com |
| Salas Law Firm, P.A. | Padula Bennardo Levine LLP |
| 8551 West Sunrise Blvd., Suite 300 | 3837 NW Boca Raton Blvd., Suite 200 |
| Plantation, Florida 33322 | Boca Raton, Florida 33431 |
| Telephone:   (954) 315-1155 | Telephone:   (561) 544-8900 |
| Facsimile:   (954) 452-3311 | Facsimile:   (561) 544-8999 |
| Counsel for Plaintiffs | Counsel for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.


*s/ Daniel R. Levine*
DANIEL R. LEVINE, ESQ.


## SERVICE LIST

*Andera Long, et al. v. National Plan Advisors, Inc., etc.*
Case No. 0:19-cv-61250-AOV   (Valle)
United States District Court, Southern District of Florida

| | |
|---|---|
| John P. Salas, Esquire<br>E-Mail:   jp@jpsalaslaw.com<br>Salas Law Firm, P.A.<br>8551 W. Sunrise Blvd., Suite 300<br>Plantation, FL   33322<br>Telephone:   (954) 315-1155<br>Facsimile:   (954) 452-3311<br>Counsel for Plaintiffs<br>*Via CM/ECF* | Daniel R. Levine, Esquire<br>E-Mail:   DRL@PBL-Law.com<br>Padula Bennardo Levine, LLP<br>3837 NW Boca Raton Blvd., Suite 200<br>Boca Raton, FL   33431<br>Telephone:   (561) 544-8900<br>Facsimile:   (561) 544-8999<br>Counsel for Defendant<br>*Via CM/ECF* |
| Michael G. Green II, Esquire<br>E-Mail:   michael@jpsalaslaw.com<br>Salas Law Firm, P.A.<br>8551 W. Sunrise Blvd., Suite 300<br>Plantation, FL   33322<br>Telephone:   (954) 315-1155<br>Facsimile:   (954) 452-3311<br>Counsel for Plaintiffs<br>*Via CM/ECF* | |